CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
      Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Francisco Duarte**, <br><br> Plaintiff, <br><br> v. <br><br> **Leonard R. Morris,** in individual and representative capacity as trustee of The R & L Morris Family Trust dated December 7, 2017; **Ronda M. Morris,** in individual and representative capacity as trustee of The R & L Morris Family Trust dated December 7, 2017; **Roy Castellano;** and Does 1-10, <br><br> Defendants. | **Case No.** 8:19-cv-02415-DOC-DFM <br><br> **Notice of Filing of First Amended Complaint in Lieu of Opposing Motion to Dismiss** |

    Defendants have filed a motion to dismiss. The motion is scheduled to be heard on March 23, 2020. The plaintiff does not agree with the analysis presented in the Motion to Dismiss but believes that the complaint can be strengthened by amendment.

    Filed concurrently with this notice is the Plaintiff's First Amended Complaint, drafted in response to concerns raised by the defense. Plaintiff has added additional factual allegations to satisfy some concerns raised by the

defense. In any event, said amended complaint supersedes the original complaint and moots pending Rule 12 motion: "it is hornbook law that an amended pleading supersedes the original, the latter being treated thereafter as non-existent. Once amended, the original no longer performs any function as a pleading." *Doe v. Unocal Corp.*, 27 F.Supp.2d 1174, 1180 (C.D. Cal. 1998) *quoting*, *Bullen v. De Bretteville*, 239 F.2d 824, 833 (9th Cir. 1956).

Dated: February 28, 2020          CENTER FOR DISABILITY ACCESS

                                         By:   /s/ Russell Handy          .
                                               Russell Handy, Esq.
                                               Attorney for plaintiff