JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Francisco Duarte**, | Case:8:19-cv-02415-DOC-DFM |
| Plaintiff, | |
| v. | Judgment |
| **Leonard R. Morris,** in individual and representative capacity as trustee of The R & L Morris Family Trust dated December 7, 2017; | |
| **Ronda M. Morris,** in individual and representative capacity as trustee of The R & L Morris Family Trust dated December 7, 2017; | |
| **Roy Castellano;** and Does 1-10, | |
| Defendants. | |

Pursuant to Federal Rule of Procedure 68(a), JUDGMENT is entered in favor of plaintiff Francisco Duarte and against defendants Leonard R. Morris, Ronda M. Morris, and Roy Castellano in the amount of $3,400 to resolve claims relating to violations of Title III of the Americans with Disabilities Act. This shall be the total amount paid by

Defendants in relation to any liability claimed in the Action, including all costs, and attorney's fees, otherwise recoverable in the Action by Plaintiff.

Additionally, within 180 days, defendants Leonard R. Morris, Ronda M. Morris, and Roy Castellano shall:

1. Provide accessible paths of travel leading to the restroom at the property located at 539 W. Valencia Drive, Fullerton, California, in compliance the 2010 Americans with Disabilities Act Standards for Accessible Design.
2. Maintain the property in compliance with applicable accessibility standards.
3. Make the property available for inspection by Plaintiff upon 10 days written notice, served by certified mail.

Dated: 04-23-2020  By: _____*David O. Carter*_____
                       Hon. DAVID O. CARTER
                       United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff